IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID ST. SAUVER,
    Petitioner,

vs.                                     Case No. 3:09cv120/RV/EMT

EDWIN G. BUSS,
    Respondent.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 27, 2011 (Doc. 33). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

       Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.     The amended petition for writ of habeas corpus (doc. 10) is **DENIED**.

       3.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 29th day of August, 2011.

                                          /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**